IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MACY N. HOLDEN                                                       PLAINTIFF

v.                               CIVIL NO. 21-5196

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                               DEFENDANT

## **O R D E R**

Comes now the Court on this 10th day of January 2023, upon being well and duly advised, finds as follows:

That the United States District Court Clerk was directed to administratively terminate this matter by Order entered on December 16, 2022, for the purpose of allowing Defendant to obtain and file Exhibit 21F, one hundred and forty-six pages of Plaintiff's medical records, that was missing from the transcript filed on January 31, 2022. (ECF No. 17). On January 6, 2023, Defendant complied as ordered. (ECF No. 18). Accordingly, the District Court Clerk is directed to re-open the instant matter.

IT IS SO ORDERED.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE