IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MACY N. HOLDEN                                                                   PLAINTIFF

V.                           CASE NO. 5:21-CV-5196

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                         DEFENDANT

**ORDER**

      The Court has received proposed findings and recommendations (Doc.20) from United States Magistrate Judge Christy D. Comstock. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

      **IT IS SO ORDERED** this March 30, 2023.

                                                      /s/ P. K. Holmes III
                                                      P. K. HOLMES III
                                                      U.S. DISTRICT JUDGE